NO. 12-03-00326-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




NANCY BOYD,
§
 APPEAL FROM THE 114TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant was sentenced to ten years of imprisonment and a five thousand dollar fine for
evading arrest. We have received the trial court's certification showing that Appellant waived her
right to appeal. See Tex. R. App. P. 25.2(c)(3)(B). Accordingly, the appeal is dismissed for want
of jurisdiction.

Opinion delivered October 31, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.





(PUBLISH)